Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: Laura.Krank@rksslaw.com

Attorneys for Plaintiff
George Vernon Townsend

# UNITED STATES DISTRICT COURT
## 450 GOLDEN GATE AVENUE, COURTROOM 4 - 17TH FLOOR

| | |
|---|---|
| GEORGE VERNON TOWNSEND, | Case No.: 5:18-cv-05502-VC |
| Plaintiff, | /~~PROPOSED~~/ ORDER OF DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Deputy Commissioner for Operations, erforming the duties and functions not reserved to the Commissioner of Social, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: January 17, 2019

_____
THE HONORABLE VINCE CHHABRIA
UNITED STATES MAGISTRATE JUDGE

-1-